[No. 33486-7-I. Division One. June 5, 1995.]

K&C RV, INC., *Appellant*, v. PETER V. MEDLIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-00653-7, Marsha J. Pechman, J., entered September 20, 1993. *Affirmed* by unpublished opinion per Forrest, J. Pro Tem., concurred in by Kennedy, A.C.J., and Cox, J.


[No. 33666-5-I. Division One. June 5, 1995.]

ALAN ASHTON, *Respondent*, v. OLYMPIC JEWELERS, LIMITED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-27445-2, Michael Spearman, J., October 22, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Pekelis, J. Pro Tem.


[No. 34574-5-I. Division One. June 5, 1995.]

HERB BARSTAD, ET AL., *Respondents*, v. LAWRENCE COHN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-24770-6, William L. Downing, J., entered April 1, 1994. *Affirmed* by unpublished per curiam opinion.